667 A.2d 694

IN THE MATTER OF MARTIN A. POLCARI,
AN ATTORNEY AT LAW.

December 13, 1995.

## ORDER

**MARTIN A. POLCARI** of **WAYNE,** who was admitted to the bar of this State in 1974, and who thereafter consented to his temporary suspension by Order adopted by this Court on November 28, 1995, and who remains suspended at this time, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **MARTIN A. POLCARI** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys.